# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JORGE NAVARRETE, #R-00079,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.   02-1215-DRH |
| ) | |
| **TIMOTHY LOVE,** ) | |
| ) | |
| **Defendant.** ) | |

### O R D E R

Now before the Court is Defendant's Motion to Substitute Counsel. (Doc. 35.)  The Court, being fully advised in the premises, **GRANTS** Defendant's motion.  (Doc. 35.)  Assistant Attorney John J. Weathers is **WITHDRAWN** as counsel for Defendant in this matter and **REPLACED** by Assistant Attorney General Christopher L. Higgerson.

**IT IS SO ORDERED.**

Signed this 25th day of October, 2006.

/s/       David   RHerndon
**United States District Judge**